UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 23-197 JGB (SHKx)** | Date | August 24, 2023 |
| Title | *Isaac Elias Vasquez Diaz v. Nissan North America, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) ORDERING Plaintiff to Show Cause by September 1, 2023; (2) CONTINUING the August 28, 2023 Scheduling Conference to September 25, 2023 at 11:00 a.m.; and (3) ORDERING the Parties to File a Rule 26(f) Joint Report by September 11, 2023 (IN CHAMBERS)

On February 7, 2023, Plaintiff Isaac Elias Diaz Vasquez ("Plaintiff") filed a complaint against Defendant Nissan North America, Inc. ("Defendant") and Does 1 through 10. ("Complaint," Dkt. No. 1.) On April 25, 2023, Defendant filed an answer. ("Answer," Dkt. No. 7.) On June 28, 2023, the Court set a scheduling conference for August 28, 2023 at 11:00 a.m. ("Minute Order," Dkt. No. 11.) Pursuant to the Court's Minute Order, the parties were required to file a joint Rule 26(f) report no later than August 14, 2023—14 days before the scheduling conference. (Id.) However, the parties have failed to do so. The Court **ORDERS** Plaintiff to show cause in writing no later than **September 1, 2023** why the parties failed to timely file a joint Rule 26(f) report and why this action should not be dismissed for failure to prosecute.

The Court hereby **CONTINUES** the August 28, 2023 scheduling conference to September 25, 2023 at 11:00 a.m. and **ORDERS** the parties to file a Rule 26(f) joint report by September 11, 2023.

**IT IS SO ORDERED.**